IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL, | No.  2:20-cv-01477-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by Eastern District of California local rules.

On November 3, 2020, the Magistrate Judge filed findings and recommendations recommending that this action be dismissed because deficiencies in plaintiff's complaint cannot be cured.  ECF No. 14.  The findings and recommendations were served on plaintiff and contained notice that the parties may file objections within the time specified therein.  Plaintiff has timely filed objections.  ECF No. 15.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

    1.    The findings and recommendations filed November 3, 2020, are adopted in full.

    2.    Plaintiff's complaint is dismissed with prejudice.

    3.    The clerk of court is directed to close this case.

DATED: March 30, 2021.

CHIEF UNITED STATES DISTRICT JUDGE